AUGUSTUS PARKER-SMITH, Respondent, v. THE PRINCE MANUFACTURING COMPANY, Appellant.— Motion denied, without costs. Present— Jenks, P. J., Thomas, Carr, Stapleton and Rich, JJ.

CAROL PRENDERGAST, Appellant, v. INTERBOROUGH RAPID TRANSIT COMPANY, Respondent.— Motion granted. Present— Jenks, P. J., Carr, Stapleton and Putnam, JJ.

GRACE S. PRENDERGAST, Respondent, v. FRANK S. PRENDERGAST, Appellant.— Motion denied, with ten dollars costs. Present— Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SOL COHEN, Appellant.— Motion denied on condition that defendant perfect his appeal, place the case on the September calendar and be ready for argument when reached; otherwise, motion granted. Present— Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBIN WALA, Appellant.— Motion denied on condition that appellant perfect his appeal, place the case on the September calendar and be ready for argument when reached; otherwise, motion granted. Present— Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

FRANK RAVOLD, Respondent, v. LOUISE J. HAMM, as Administratrix, etc., Appellant.— Motion denied, without costs. Present— Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

THOMAS P. SHEEDY, Respondent, v. WILLIAM GEORGE FOSTER and MARIA FOSTER, Appellants. NEAL D. BECKER, as Executor, etc., Respondent.— Motion granted, without costs. Present— Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.